AOC-105  
Rev. 1-07  
Page 1 of 1  
Commonwealth of Kentucky  
Court of Justice  
CR 4.02 CR Official Form 1

**CIVIL SUMMONS**

CASE NO. 13-C-007868

Jefferson District Court

Jefferson County  
Division 2

CATHY CANNON            PLAINTIFF

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC            DEFENDANT

Serve: Portfolio Recovery Associates, LLC  
        c/o National Registered Agents, Inc.  
        160 Greentree Drive, Suite 101  
        Dover, DE 19904

**THE COMMONWEALTH OF KENTUCKY**  
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

DAVID L. NICHOLSON, CLERK

Date: August 19, 2013      _____, Clerk  
                        By: _____ BJ ____ D.C.

**Proof of Service**

This summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

This _____ day of _____, 20___.

Served by: _____

_____ Title

**EXHIBIT A**

ATTEST: DAVID L. NICHOLSON, CLERK  
JEFFERSON DISTRICT COURT  
LOUISVILLE, KENTUCKY  
BY _____ D.C.

NO. 13-C-007868                          JEFFERSON DISTRICT COURT
                                                                                                 Div. 2

Cathy Cannon                                                                             PLAINTIFF

v.                                          **COMPLAINT**

Portfolio Recovery Associates, LLC                              DEFENDANT
         Serve:
                  National Registered Agents, Inc.
                  160 Greentree Drive
                  Suite 101
                  Dover, DE 19904

                                 \*      \*      \*      \*      \*

## COMPLAINT and DEMAND FOR JURY TRIAL

### INTRODUCTION

1.     This is an action by a consumer seeking damages for Defendant's violations of the Fair Debt Collections Practices Act ("FDCPA"), 15 U.S.C. §§1692 *et seq.*, which prohibits debt collectors from engaging in abusive, deceptive, and unfair collection practices. In late February of 2013, Defendant Portfolio Recovery Associates, LLC ("PRA") violated the FDCPA by attempting to collect usurious interest from Ms. Cannon that was neither authorized by contract not permitted by law.

### PARTIES

2.     Plaintiff, Cathy Cannon, is a citizen of the United States of America and of the Commonwealth of Kentucky residing in Jefferson County, Kentucky.

3.     Defendant, Portfolio Recovery Associates, LLC ("PRA") is a limited liability company, the principal purpose of whose business is the collection of debts, operating a debt collection agency with its principal place of business located at 120 Corporate Blvd., Norfolk, VA 23502.

A COPY
ATTEST: DAVID L. NICHOLSON, CLERK
JEFFERSON DISTRICT COURT
LOUISVILLE, KENTUCKY
BY_____ D.C.

4. PRA regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(6).

## BACKGROUND

5. Ms. Cannon is and was at all times mentioned herein a "consumer" as defined by 15 U.S.C. § 1692a(3).

6. On May 8, 2013, PRA sent Ms. Cannon a dunning letter in attempt to collect a debt that Ms. Cannon originally owed to GE Capital Retail Bank on a JC Penney branded credit card. (A copy of PRA's dunning letter is attached as an Exhibit).

7. Ms. Cannon used her JC Penney credit card for personal and household purposes, making PRA's May 8th dunning letter an attempt to collect a "debt" within the meaning of the FDCPA, as defined by 15 U.S.C. § 1692a(5).

8. PRA's May 8th dunning letter claimed that the balance due on the JC Penney credit card debt was $280.87 as of May 8, 2013.

9. On July 17, 2013, Ms. Cannon reviewed her credit report issued to her by Equifax.

10. Ms. Cannon's Equifax credit report shows that GE Capital Retail Bank charged off her JC Penney credit card in the amount of $150.00.

11. Upon information and belief, GE Capital Retail Bank did not add any interest or fees on the JC Penney credit card after it charged off the account.

12. Upon information and belief, PRA purchased Ms. Cannon's charged-off JC Penney credit card debt from GE Capital Retail Bank on or about June 28, 2012.

13. Upon information and belief, $150.00 was the face amount on the debt on the date

A COPY
ATTEST: DAVID L. NICHOLSON, CLERK
JEFFERSON DISTRICT COURT
LOUISVILLE, KENTUCKY
BY_____

of purchase and PRA paid less than $7.50 for the debt.

14. As of June 21, 2013, PRA falsely reported to one or more of the three major consumer reporting agencies that Ms. Cannon owed a balance of $283.00 on the charged-off JC Penney credit card debt.

15. PRA reported negative information concerning Ms. Cannon to consumer reporting agencies for the purpose of collecting a "debt" from Ms. Cannon.

16. PRA added interest of $133.00 on the debt in little less than one year, which is a rate of interest in excess of 86% per annum.

17. The 86% interest accrued on the debt by PRA is usurious under any and all applicable Kentucky law.

## CLAIMS FOR RELIEF

### Violations of the Fair Debt Collection Practices Act

18. Plaintiff, Cathy Cannon, incorporates paragraphs 1-17 above as if fully set forth herein.

19. The above-described actions by PRA constitute violations of the Fair Debt Collection Practices Act.

20. Defendant's Portfolio Recovery Associates, LLC violations of the FDCPA include, but are not limited to, the following:

    (a) Violation of 15 U.S.C. § 1692f(1): PRA attempted to collect a debt that is not permitted by contract or law by, including but not limited to, attempting to collect unlawful and usurious interest from Ms. Cannon;

    (b) Violation of 15 U.S.C. § 1692e(2)(A): PRA falsely representing the character, amount, and/or legal status of the debt by, including but not limited to, adding an unlawful usurious interest over 86% per annum on the balance due of the debt in the May 8, 2013 dunning letter and in the negative information that it reported to consumer reporting agencies;

-3-

A COPY
ATTEST: DAVID L. NICHOLSON, CLERK
JEFFERSON DISTRICT COURT
LOUISVILLE, KENTUCKY
BY_____

(c) Violation of 15 U.S.C. § 1692e(5): PRA threatened to take [an] action that cannot legally be taken" in violation of the FDCPA by, including but not limited to attempting to recover usurious 86% annual interest and/or fees from Ms. Cannon; and

(d) Violation of 15 U.S.C. § 1692e(8): PRA reported a grossly inflated amount due on Ms. Cannon's charged-off JC Penney credit card debt to consumer reporting agencies in an attempt to collect a debt from her, which constitutes communicating credit information that PRA knew or should have known was false.

WHEREFORE, Plaintiff requests that the Court grant the following relief in her favor and against Defendant, Portfolio Recovery Associates, LLC:

1. The maximum amount of statutory damages provided under 15 U.S.C. §1692k;

2. Attorney's fees, litigation expenses and costs;

3. A trial by jury; and

4. Such other and further relief as is appropriate.

Respectfully submitted,

*[signature]*

James McKenzie
*James R. McKenzie Attorney, PLLC*
4055 Shelbyville Road, Suite B
Louisville, KY 40207
Tel:  (502) 371-2179
Fax:  (502) 257-7309
jmckenzie@jmckenzieatty.com

**James H. Lawson**
*Lawson at Law, PLLC*
10600 Timberwood Circle
Suite 1
Louisville, KY 40223
Tel:  (502) 473-6525
Fax:  (502) 473-6561
james@kyclc.com

A COPY
ATTEST: DAVID L. NICHOLSON, CLERK
JEFFERSON DISTRICT COURT
LOUISVILLE, KENTUCKY
BY_____

May 8, 2013

Seller: GE CAPITAL RETAIL BANK
Merchant: JC PENNEY
Original Creditor: GE CAPITAL RETAIL BANK
Creditor to Whom Debt is Owed: Portfolio Recovery Associates, LLC
Account/Reference No.: 6008895332739167
CURRENT BALANCE DUE: $280.87

We are offering to settle this account FOR GOOD WITH 34% OFF OF THE BALANCE! Life happens and at times you may fall behind on your commitments. We understand and we're offering you the opportunity to resolve this account at 34% off of the balance. That's right, you can settle this account for only 1 payment of $185.00! If paying off this debt in a lump sum is difficult for you, give us a call.

Other payment options may be available so please call 1-800-772-1413 for more information.

Please understand, we can't help you resolve this debt if you don't call. Our friendly representatives are waiting to help you save money on this account.

Hours of Operation (EST)
8 AM to 11 PM Mon-Fri
8 AM to 5 PM Sat
2 PM to 9 PM Sun

**SINGLE PAYMENT SETTLEMENT OPTION**

PAY $185.00 and owe nothing more!
SAVE: $95.87

*** Your first or full payment must be received no later than *06/07/2013* ***

Once your final payment is received your account will be considered settled in full.

If we are reporting this account to the three major credit reporting bureaus we will report this account as settled in full once we process your final payment.

**CONTACT US**

CALL TOLL FREE
1-800-772-1413

Pay us online at:
www.portfoliorecovery.com

Make Checks Payable To:
Portfolio Recovery Associates, LLC

Mail all checks and payments to:
PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. Box 12914
Norfolk VA 23541

A COPY
ATTEST: DAVID L. NICHOLSON, CLERK
JEFFERSON DISTRICT COURT
LOUISVILLE, KENTUCKY
By: D.C.

We are not obligated to renew this offer. Interest continues to accrue on this account until the account is satisfied, unless interest has been suspended. The above balance includes interest as of the date of this letter. You may contact us to obtain an exact payoff amount for a future date.

Company Address: Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502
Disputes Correspondence Address: 140 Corporate Blvd, Norfolk, VA 23502 or E-mail PRA_Disputes@portfoliorecovery.com
Debit Card Transaction Fees: Third party vendors may charge a transaction fee for processing payments made by debit card; however, PRA does not charge or accept any fees. Please discuss this option with our staff if you have any questions.

EXHIBIT A

Quality Service Specialists Available Mon. – Fri. 8 AM TO 5 PM (EST)
Not happy with the way you were treated? Our company strives to provide professional and courteous service to all our customers. Contact one of our staff to discuss issues related to our quality of service to you by phone at (866) 925-7109 or by e-mail at qualityservice@portfoliorecovery.com.

**PRIVACY NOTICE**
We collect certain personal information about you from the following sources: (a) information we receive from you; (b) information about your transactions with our affiliates, others, or us; (c) information we receive from consumer reporting agencies. We do not disclose any nonpublic personal information about our customers or former customers to anyone, except as permitted by law. We restrict access to nonpublic information about you to those employees and entities that need to know that information in order to collect your account. We maintain physical, electronic, and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

This letter is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.

401CDPRAS0149SO2

A COPY
ATTEST: DAVID L. NICHOLSON, CLERK
JEFFERSON DISTRICT COURT
LOUISVILLE KENTUCKY
D.C.